DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

16 MARCH 2017

| 341P12-4 | State v. Donald Durrant Farrow | 1. Def's *Pro Se* Motion for PDR (COAP16-888) | 1. Dismissed |
| | | 2. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA | 2. Dismissed<br>**Ervin, J., recused** |
| 349P16 | KB Aircraft Acquisition, LLC v. Jack M. Berry, Jr., and Goforth Road, LLC | Plt's PDR Under N.C.G.S. § 7A-31 (COA15-823) | Allowed |
| 352P16 | State v. Jeral Thomas Ore, Jr. | 1. State's Motion for Temporary Stay (COA16-100) | 1. Allowed<br>**09/29/2016**<br>Dissolved<br>**03/16/2017** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 363A14-2 | Sandhill Amusements, Inc. and Gift Surplus, LLC v. Sheriff of Onslow County, North Carolina, Hans J. Miller, in His Official Capacity; State of North Carolina, Governor Patrick Lloyd (Pat) McCrory, in His Official Capacity; Secretary of the North Carolina Department of Public Safety, Frank Perry, in His Official Capacity; Director of the North Carolina State Bureau of Investigation, Bernard W. (B.W.) Collier, II, in His Official Capacity; Director or Branch Head of the Alcohol Law Enforcement Branch of the State Bureau of Investigation, Mark J. Senter, in His Official Capacity | 1. Def's (Sheriff of Onslow County) PDR Under N.C.G.S. § 7A-31 (COA16-390)<br><br>2. Def's (Sheriff of Onslow County) Motion for Leave to Withdraw PDR | 1. —<br><br>2. Allowed<br>**Ervin, J., recused** |